## James B. Thompson and another v. The City of Detroit; Harriet E. George v. The City of Detroit; Cyrus Johnson v. The City of Detroit; and James B. McDowd v. The City of Detroit.

*Submitted on briefs June 17. Decided June 18.*

*Certiorari* to Recorder's Court of Detroit.

*Henry M. Cheever,* for plaintiffs in *certiorari.*

*F. G. Russell, City Attorney,* and *D. C. Holbrook, City Counselor,* for defendant in *certiorari.*

PER CURIAM:

These cases are disposed of by the decision in *Brush v. Detroit, supra p. 43.*

The proceedings must be quashed.